# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 23, 2014

### NO.  03-14-00751-CR

**Warren Randall Hughes, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 426TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment of conviction entered by the district court.  Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.